

UNITED STATES DISTRICT COURT
for the
MIDDLE DISTRICT OF PENNSYLVANIA
William J. Nealon Federal Bldg & U.S. Courthouse
235 North Washington Avenue
P.O. Box 1148
Scranton, PA 18501-1148

(570) 207-5600  FAX (570) 207-5650
Internet Address: http://www.pamd.uscourts.gov

Divisional Offices:

Harrisburg:    (717) 221-3920
Williamsport:  (570) 323-6380

*(ELECTRONICALLY FILED)*

October 26, 2017

The Honorable A. Richard Caputo
United States District Judge
U.S. District Court, Middle District of Pennsylvania
197 South Main Street, Suite 235
Wilkes-Barre, PA 18701

**Re:    Report of the Mediator**
<u>**Costa v. Coordinated Healthcare Management**</u>**,**
**Civil Case No. 3: 16-CV-809 (Caputo, J.)**

Dear Judge Caputo:

Mediation occurred as ordered, and the matter is settled. The parties request that you issue an order permitting 60 days to complete the agreement.

Thank you for the opportunity to serve as mediator in this case.

Sincerely,

**s/ Joseph A. Barrett**
Joseph A. Barrett